Juan C. **HERNANDEZ,** Petitioner,

v.

**IMMIGRATION AND NATURALIZATION SERVICE,** Respondent.

No. 99–70614.

INS No. A74–822–741.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 6, 2001.

Decided Dec. 19, 2001.

Before KOZINSKI and THOMAS, Circuit Judges, and WHYTE, District Judge.*

MEMORANDUM **

Hernandez argues that he was denied due process when the immigration judge, acting on Hernandez's application for suspension of deportation under 8 U.S.C. § 1254(a), denied him a continuance so he could seek expungement of two state criminal convictions for providing false identification to a police officer.

We affirm the Board's finding that Hernandez was not prejudiced by the denial. Although Hernandez eventually obtained expungement of his convictions under California's rehabilitative statute, Cal.Penal Code § 1203.4, the Board held that the expunged convictions could nevertheless serve as the ground for denying Hernandez suspension of deportation. We have

upheld the Board's interpretation of the term "conviction" in 8 U.S.C. § 1101(a)(48)(A) as allowing the INS to ignore state rehabilitative expungements for immigration purposes. *Murillo–Espinoza v. INS*, 261 F.3d 771, 774 (9th Cir. 2001).

AFFIRMED.

---

* The Honorable Ronald M. Whyte, United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.